UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WITZ,

    Plaintiff,           Case No: 2:17-cv-10916-AC-APP
                                   Hon. Avern Cohn

v.

FISHMAN GROUP, P.C., et al.

    Defendants.
_____

### STIPULATION TO DISMISS CASE AGAINST DEFENDANTS FISHMAN GROUP, P.C. AND MARC A FISHMAN, ONLY WITH PREJUDICE AND WITHOUT FEES OR COSTS

    The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendants Fishman Group, P.C. and Marc A. Fishman, with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| /s/ Carl Schwartz | /s/ Wade G. Fink w/ consent |
| Carl Schwartz (P70335) | Wade G. Fink (P78751) |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 370 E. Maple Rd., Third Floor |
| Southfield, Michigan 48034 | Birmingham, MI 48009 |
| (248) 353-2882 | (248) 712-1054 |
| carl@crlam.com | wade@wadefinklaw.com |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WITZ,

    Plaintiff,

v.

FISHMAN GROUP, P.C., et al.

    Defendants.

Case No: 2:17-cv-10916-AC-APP
Hon. Avern Cohn

_____

### ORDER OF DISMISSAL
### WITH PREJUDICE AND WITHOUT FEES OR COSTS AS TO
### DEFENDANTS FISHMAN GROUP, P.C. AND MARC A FISHMAN, ONLY

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action against Defendants Fishman Group, P.C. and Marc A. Fishman is hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendants Fishman Group, P.C. and Marc A. Fishman as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: 2/12/2018

    s/Avern Cohn
    Judge of United States District Court